```
                                                              FILED
                                                        U.S. DISTRICT COURT
                                                          SAVANNAH DIV.
```

UNITED STATES DISTRICT COURT    2007 FEB -2  PM 4:55

SOUTHERN DISTRICT OF GEORGIA   CLERK

STATESBORO DIVISION                SO. DIST. OF GA.

| | |
|---|---|
| BILLY WAYNE CHENEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV606-80 |
| SHERIFF MIKE KILE, and SGT. MOSLEY, | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

In an order dated September 20, 2006, this Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a **Prisoner Trust Fund Account Statement** form and a **Consent to Collection of Fees from Trust Account** form. Plaintiff submitted the account statement form but failed to submit the consent form. In an order dated January 5, 2007, the Court ordered plaintiff to submit a consent form within ten days or face dismissal. Since plaintiff has not returned this form or offered any explanation for his failure to do so, this case should be

DISMISSED.

SO REPORTED AND RECOMMENDED this 2nd day of February, 2007.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA